| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF PROCEEDINGS ON<br>OUT-OF-DISTRICT CRIMINAL<br>CHARGES PURSUANT TO RULES |
| LAURA WANG-WOODFORD, | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES<br>OF CRIMINAL PROCEDURE |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 23, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☑ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the Eastern District of New York, Case Number CR 03-0070 SJ.

In that case, the defendant is charged with violations of Title 18, United States Code, Sections 371 and 1956(a)(2)(A); Title 50, United States Code, Sections 1702 and 1705(b); and

1

Title 22, United States Code, Section 2778(b)(2).

Description of Charges: Conspiracy to Defraud the United States (18 U.S.C. § 371); Failing to Get an Export License with the Office of Foreign Assets Control (50 U.S.C. § 1702 and 1705(b)); Attempted Exportation of Arms and Munitions (22 U.S.C. § 2778(b)(2)); Money Laundering (18 U.S.C. § 1956(a)(2)(A)).

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 12/26/07

Wendy Thomas
Special Assistant U.S. Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

M#2003R00092

# United States District Court

_____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

v.

LAURA WANG-WOODFORD

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LAURA WANG-WOODFORD
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation

charging him or her with (brief description of offense)
knowingly, intentionally and willfully exporting licensable items from the U.S. to Iran, without obtaining valid export licenses required by U.S. Dept. of Commerce and OFAC, and conspiracy to do the same; Knowingly and willfully exporting items from the U.S. to locations outside the U.S. without obtaining required license or written approval from U.S. Dept. of State, and conspiracy to do the same; Conspiracy to commit money laundering.

In violation of Title T. 18 U.S.C., §§ 371, 1956(a) (2) (A), 2 and 3551 et seq.; T. 22 U.S.C., §§ 2778(b) (2) and 2778(c); T. 22 U.S.C., C.F.R. §§ 120 and 121; T. 50. U.S.C., §§ 1702 and 1705(b), T. 50, U.S.C. App., § _____
United States Code, Section(s) _____

HONORABLE LOIS BLOOM
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

JANUARY 15, 2003, BROOKLYN, NEW YORK
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.