**COPY**

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 7, 2008

Office of the Clerk
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
FEB 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case Name: | US v Laura Wang-Woodford |
| Case Number: | 3-07-70063 MEJ |
| Charges: | 18:371 Conspiracy |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Nandor J. Vadas. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 Notice
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

03 CR 70 (S-1)

Date: 1-10-08

CLERK, U.S. DISTRICT COURT
By: *[signature]*
Deputy Clerk